**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**CASE NO.:  2:26-cv-01645**

GAVIN EVANS,

                Plaintiff,

v.

CITY WINERY PITTSBURGH LLC,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff GAVIN EVANS by and through his undersigned counsel, brings this Complaint

against Defendant CITY WINERY PITTSBURGH LLC for damages and injunctive relief, and

in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff GAVIN EVANS ("Evans") brings this action for violations of exclusive

rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Evans' original

copyrighted Work of authorship.

2. Gavin Evans was born in 1964 in Sunderland, England. Over the course of a

career spanning decades, Evans has photographed countless celebrities, including Ai Wei Wei,

Juliette Binoche, Daniel Craig, Bjork and Nick Cave.  In 1995, Evans worked with David Bowie

in a photo shoot that would result in some portraits now widely considered some of the most

famous images of the artist ever produced. These iconic photographs have appeared world-wide,

including the back cover of the V&A "Bowie Is" Catalogue, the David Bowie Art Auction

Catalogue for Sotheby's in 2016, The Grammy's hero image and on the cover of Rolling Stone

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

magazine. He has exhibited his photographs in renowned museums including The Harpa, MoMA and the Victoria and Albert Museum. In 2015, Evans created the campaign for the Edinburgh International Festival. He has worked for Vogue, The New York Times, and The Guardian and countless other magazines and newspapers and now lives and works in Berlin.

3.     Defendant CITY WINERY PITTSBURGH LLC ("City Winery") is a commercial venue in Pittsburgh within the Strip District Terminal development. The venue opened in or about 2023 and operates as a combination restaurant, winery, and live entertainment space. City Winery hosts seated live music performances, comedy shows, and private events, and provides full food and beverage service during events. The venue is part of the City Winery brand, a national chain of similarly operated locations founded by Michael Dorf, and functions under the same general business model as other City Winery locations in the United States.  At all times relevant herein, City Winery owned and operated the website located at the internet URL www.citywinery.com/pages/locations/pittsburgh (the "Website").

4.     Evans alleges that City Winery copied Evans's copyrighted Work from the internet in order to advertise, market and promote its business activities.  City Winery committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the City Winery's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     City Winery is subject to personal jurisdiction in Pennsylvania.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, City Winery engaged in

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

infringement in this district, City Winery resides in this district, and City Winery is subject to personal jurisdiction in this district.

## DEFENDANT

9.      City Winery Pittsburgh LLC is a Delaware Limited Liability Company, with its principal place of business at 1627 Smallman Street, Pittsburgh, New York, 10011, and can be served by serving its Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

## THE COPYRIGHTED WORK AT ISSUE

10.      In 1995, Evans created the photograph entitled "03-Bowie©Gavin-Evans," which is shown below and referred to herein as the "Work."



11.     Evans registered the Work with the Register of Copyrights on January 27, 2021 as part of a group registration.  The Group Registration was assigned registration number VA 2-241-677.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.     At all relevant times Evans was the owner of the copyrighted Work.

## INFRINGEMENT BY CITY WINERY

13.     City Winery has never been licensed to use the Work for any purpose.

14.     On a date after the Work at issue in this action was created, but prior to the filing of this action, City Winery copied the Work.

15.     On or about November 20, 2025, Evans discovered the unauthorized use of his Work on the Website as the only image advertising its "Bowie's Birthday Brunch" to be held on January 7, 2024.City Winery copied Evans' copyrighted Work without Evans' permission.

16.     On May 11, 2026, Evans discovered another unauthorized use of his Work at the following URL:  https://happeningnext.com/event/bowie-birthday-brunch-featuring-bowie-live-eid3a0awd3atf, advertising the same event.

17.     After City Winery copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its winery and music venue business.

18.     City Winery copied and distributed Evans' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19.     City Winery committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

Evans never gave City Winery permission or authority to copy, distribute or display the Work for any purpose.

Evans notified City Winery of the allegations set forth herein on January 6, 2026 and March 30, 2026.  To date, City Winery failed to respond to any communications.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

Evans incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

Evans owns a valid copyright in the Work.

Evans registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

City Winery copied, displayed, and distributed the Work and made derivatives of the Work without Evans' authorization in violation of 17 U.S.C. § 501.

City Winery performed the acts alleged in the course and scope of its business activities.

Defendant's acts were willful.

Evans has been damaged.

The harm caused to Evans has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

Evans incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

32. City Winery has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33. Despite having the ability to stop the infringed Work from being displayed on its Website, City Winery allowed the materials to remain up for display.

34. To the extent that the actions described above were performed by the third-party alone, City Winery is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Evans' authorization in violation of 17 U.S.C. § 501.

35. Evans has been damaged.

36. The harm caused to Evans has been irreparable.

## COUNT III
## ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

37. Evans incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

38. The Work contains false CMI.

39. City Winery knowingly and with the intent to enable or facilitate copyright infringement, added CMI, consisting of the date of the event, the name of the event and "City Winery Pittsburgh" to the Work in violation of 17 U.S.C. § 1202(a).

40 City Winery committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Evans' rights in the Work protected under the Copyright Act.

41 City Winery caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Evans' rights in the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

42   City Winery applied its own false CMI upon the Work.

43   After applying the false CMI to the Work, City Winery published the Work in violation of 17 U.S.C. § 1202(a).

44   Evans has been damaged.

45   The harm caused to Evans has been irreparable.

WHEREFORE, the Plaintiff GAVIN EVANS prays for judgment against the Defendant CITY WINERY PITTSBURGH LLC that:

a.   City Winery and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b.   City Winery be required to pay Evans his actual damages and Defendant's profits attributable to the infringement, or, at Evans' election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.   Evans be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.   Evans be awarded pre- and post-judgment interest; and

e.   Evans be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Evans hereby demands a trial by jury of all issues so triable.

Dated: August 4, 2026                   Respectfully submitted,

/s/  Joseph A. Dunne
JOSEPH A. DUNNE
Bar Number: 325562
joseph.dunne@sriplaw.com

7

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Gavin Evans*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE